AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CRAIG CLAYTON | ) | Case No. |
| | ) | 23-6002-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Jan. 1, 2019 to Jan. 10, 2022  in the county of  Essex  in the
_____  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1956(h), (a)(1)(B)(i); | Conspiracy to Commit Money Laundering; and |
| 18 U.S.C. § 1512 | Obstruction of Justice |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Lori Robinson

☑ Continued on the attached sheet.

/s/ Lori Robinson
*Complainant's signature*

Lori Robinson, Special Agent, HSI
*Printed name and title*

Sworn telephonically in accordance with Fed. R. Crim. P. 4.1

Date:  February 21, 2023

City and state:  Boston, MA

*Judge's signature*

Hon. M. Page Kelley, Chief U.S. Magistrate Judge
*Printed name and title*