**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** I      **Investigating Agency** HSI / IRS

**City** Swampscott / Boston      **Related Case Information:**

**County** Essex / Suffolk

Superseding Ind./ Inf.      Case No. 23-6002-MPK
Same Defendant      New Defendant
Magistrate Judge Case Number
Search Warrant Case Number 21-2445-MBB
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Craig Clayton      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) 52 Parkside Drive, Cranston, Rhode Island 02910

Birth date (Yr only): 1949    SSN (last4#): 6825    Sex: M    Race:    Nationality:

**Defense Counsel if known:** John Walsh      Address: JohnGWalshLaw@gmail.com

**Bar Number** 555649      617-851-2429

**U.S. Attorney Information:**

**AUSA** Ian Stearns      Bar Number if applicable

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** 02/23/2023

☐ Already in Federal Custody as of      in      .
☐ Already in State Custody at      ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:      on

**Charging Document:** ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/16/2023      Signature of AUSA: /s/ Ian J. Stearns

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):     23-6002-MPK

**Name of Defendant**     Craig Clayton

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 |
| Set 2 | 18 U.S.C. § 1512 | Obstruction of Justice | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   THIS CASE WOULD BE ASSIGNED TO JUDGE BOWLER UNDER THE PRIOR PROCEEDINGS RULE.  THE GOVERNMENT DEFERS TO THE CLERK'S OFFICE AND THE COURT AS TO WHETHER IT SHOULD BE REFERRED BACK TO JUDGE BOWLER OR REMAIN WITH THE EMERGENCY MAGISTRATE JUDGE.