IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 23-6002-MPK |
| ) | |
| CRAIG CLAYTON, ) | |
| ) | |
| Defendant. ) | |

MOTION TO UNSEAL COMPLAINT

The United States of America respectfully moves the Court to unseal the criminal complaint. In support of this motion, the government states that the defendant is in custody and sealing is no longer necessary.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Ian Stearns*
Ian Stearns
Assistant United States Attorney

Date: February 23, 2023

_____          February 23, 2023
Honorable M. Page Kelley, Chief U.S. Magistrate Judge