AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Craig Clayton | ) | Case No. 23-mj-06002 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 03/10/2023

*Defendant's signature*

/s/ Joshua Hanye

*Signature of defendant's attorney*

Joshua Hanye, 661686

*Printed name and bar number of defendant's attorney*

51 Sleeper Street
Boston, MA 02210

*Address of defendant's attorney*

Joshua_Hanye@fd.org

*E-mail address of defendant's attorney*

617-223-8061

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*